UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA FRITZ,

    Plaintiff,

v.                                                      CASE NO. 8:17-cv-599-T-23MAP

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

The plaintiff has failed to comply with a June 15, 2017 order (Doc. 18) directing the plaintiff to amend the complaint.  Accordingly, this action is **DISMISSED**.  The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on August 3, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE